IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO GONZALES,

    Petitioner,

v.                                                    No. 21-cv-1134 KG-JHR

RICARDO MARTINEZ,
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's 28 U.S.C. § 2254 Habeas Petition filed November 29, 2021 (Doc. 1) is dismissed without prejudice to refiling.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE